IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HARVEY LAWRENCE HORNE,
    Plaintiff,

vs.                                          5:07cv263/RS/MD

CORRECTIONS CORP. OF AMERICA,
et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to dismiss without prejudice. (Doc. 16). Plaintiff seeks a dismissal to preserve his rights while he seeks appointment of pro bono counsel.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 16) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 29th day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).