IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HARVEY L. HORNE,

    Plaintiff,

vs.                                            CASE NO. 5:07cv263/RS-MD

CORRECTIONS CORPORATION OF
AMERICA; BAY COUNTY BOARD OF
COMMISSIONERS, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The relief requested by Plaintiff's Motion To Dismiss (Doc. 16) is **granted**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on February 28, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**